## Papa *v.* Pittsburgh Penn-Center Corporation, Appellant.

Argued March 18, 1966. Before MUSMANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*William C. Walker*, with him *Dickie, McCamey & Chilcote*, for appellant.

*James E. Beasley*, with him *Behrend, Phillips and Hudson*, for appellees.

OPINION PER CURIAM, April 19, 1966:

Judgment affirmed on the opinion of Judge DAVID OLBUM, of the Court of Common Pleas of Allegheny County, reported in 38 Pa. D. & C. 2d 756.